

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/20/2018 10:11:51 PM
KEITH E. HOTTLE
CLERK

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: _____

Trial Court Style: _____

Trial Court No.: _____

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: _____
The record was originally due: _____
I anticipate the length of the record to be: _____

I am unable to file the record by the date such record is due because [check one]:

☐      the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐      my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐      Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: _____

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: _____     Signature: _____
                                Printed
                                Name: _____

                                Title: _____

Rev. 1.8.14